HARRIET PORTMAN, Appellant, *v.* ISRAEL BURACK et al., Respondents.

Argued February 24, 1943; decided April 8, 1943.

*Frank H. Connelly, Jr.*, for appellant.

*Jerome J. Slote* for repondents.

Order affirmed, with costs; and question certified answered in the affirmative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.